IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ETHAN ROBERT CORD ESSER,<br><br>Defendant. | CR 17-92-BLG-SPW<br><br>**ORDER CONTINUING<br>DETENTION HEARING** |

Defendant appeared before the Court for a detention hearing on November 21, 2017, whereupon Defendant was temporarily released from custody in order that his father could transport him directly to a residential treatment facility. Defendant represented that his treatment program would last 29 days. The Court therefore continued Defendant's detention hearing until December 21, 2017, in order that Defendant could complete his program. (Doc. 27.) On December 18, 2017, Defendant's father informed the U.S. Probation Office that Defendant was to be released early from treatment. Accordingly,

IT IS ORDERED that Defendant's detention hearing presently set for December 21, 2017, is hereby VACATED and RESET for **December 19, 2017, at 2:00 p.m.**

//

DATED this 18th day of December, 2017.

                         _/s/ Timothy J. Cavan_  
                         TIMOTHY J. CAVAN  
                         United States Magistrate Judge